IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EMMETT W. CALDWELL,           )
                              )
        Plaintiff, pro se,    )
                              )        **ORDER**
   v.                         )
                              )        1:09CV628
DURHAM AREA TRANSIT           )
AUTHORITY (DATA),             )
                              )
                              )
        Defendant.            )

On August 21, 2009, United States Magistrate Judge Trevor Sharp filed a Recommended Ruling in this case [Doc. # 3]. Judge Sharp recommended that Plaintiff's Motion to Proceed *in forma pauperis* under 28 U.S.C. § 1915(e)(2)(B) [Doc. # 1] be granted and that Plaintiff's Complaint [Doc. # 2] be dismissed with prejudice. Because there were no objections to the Recommendation, review is only for clear error. 28 U.S.C. § 636(b). Finding no error, the Court adopts in full the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Plaintiff's motion to proceed *in forma pauperis* is GRANTED and that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. A judgment dismissing this action will be entered

contemporaneously with this Order.

This the 13th day of April, 2011.

                                          <u>/s/ N. Carlton Tilley, Jr.</u>
                                          Senior United States District Judge